# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Miguel Angel Aguilar Calderon<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:24-cr-00145-MEMF<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

    Upon motion of _____Defendant_____, IT IS ORDERED that a detention hearing is set for _____Wednesday, March 27_____, 2024___, at _2:00_  ☐ a.m. / ☒ p.m. before the Honorable _____A. Joel Richlin_____, in Courtroom _____780_____.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
             *(Other custodial officer)*

Dated: __March 20, 2024__

_____/s/ Joel Richlin_____
U.S. ~~District Judge~~/Magistrate Judge