BARRY F. HAMMOND      [STATE BAR NO. 47320]
LAW OFFICE OF BARRY F. HAMMOND
5900 Sepulveda Boulevard, Suite 400
Van Nuys, California 91411
Telephone: (818) 988-0457
Facsimile:  (818) 994-9864

Attorney for Defendant, MIGUEL ANGEL AGUILAR CALDERON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL ANGEL AGUILAR CALDERON,<br><br>　　　　Defendant, | No. 2:24-cr-00145-MEMF<br><br>DEFENDANT'S REQUEST TO CONTINUE STATUS CONFERENCE |

　　　　Counsel for Defendant MIGUEL ANGEL AGUILAR CALDERON, requests that this Honorable Court continue the Status Conference currently scheduled for April 4, 2024, at 2:00 P.M., to a date later in April or May. Defendant's counsel, Barry Hammond, has been previously ordered to appear on another case. Mr. Hammond has spoken to AUSA Lisa Lindhorst, who has stated that **Plaintiff does not object** to continue the Status Conference.

Dated: April 3, 2024                    Respectfully submitted,

                                        /s/ Barry F. Hammond
                                        BARRY F. HAMMOND
                                        Attorney for Defendant,
                                        MIGUEL ANGEL AGUILAR CALDERON